IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANDREW JACOB HELMUELLER,
a/k/a
Sovereignty J. Sovereignty,

                              Plaintiff,

    v.

OFFICERS, JUDGES, AND/OR
RESPONSIBLE OFFICIALS AND
ST. CROIX COUNTY JAIL,

                              Defendants.

ORDER

22-cv-41-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In a previous order, I dismissed plaintiff Andrew Jacob Helmueller's proposed civil action in which he alleged that he was being detained unlawfully at the St. Croix County jail.  Dkt. #9.  His complaint failed to comply with Rule 8 of the Federal Rules of Civil Procedure and did not provide enough information about his claims.  In addition, plaintiff sought to bring claims under 18 U.S.C. § 3164, which is a federal rule of criminal procedure, and he requested that criminal proceedings be opened against various individuals.  I gave plaintiff an opportunity to file an amended complaint that provided more information, and I provided specific instructions to plaintiff on how he should draft his amended complaint.

      Now plaintiff has filed a proposed amended complaint, dkt. #18, that is before the court for screening under 28 U.S.C. § 1915A.  However, plaintiff's proposed

1

amended complaint contains the same problems that I identified previously. He named more than 25 individual defendants, and purports to sue them under 18 U.S.C. § 3164 and other federal criminal laws. As I explained to plaintiff previously, he cannot bring a civil lawsuit under those statutes. Plaintiff also refers to the Fourteenth Amendment and his right to equal protection, but his proposed amended complaint contains no allegations that would support an equal protection claim. In fact, his proposed amended complaint includes almost no allegations at all. Because his proposed amended complaint does not correct the previous problems in his earlier complaint or support any claim for relief, I will dismiss it. I will deny his pending motion for court assistance in recruiting counsel, dkt. #17, and will close this case.

## ORDER

IT IS ORDERED that

1. Plaintiff Andrew Jacob Helmueller's proposed amended complaint, dkt. #18, is DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

2. Plaintiff's motion for court assistance in recruiting counsel, dkt. #17, is DENIED as moot.

3. The clerk of court is directed to enter judgment accordingly and close this case.

4. A strike shall be recorded under 28 U.S.C. § 1915(g).

    Entered this 1st day of July, 2022.

                                      BY THE COURT:
                                      /s/
                                      BARBARA B. CRABB
                                      District Judge